ARIAS SANGUINETTI WANG & TORRIJOS, LLP
Gregg A. Hubley, Esq.
Nevada Bar No. 7386
7030 Smoke Ranch Road, Suite B
Las Vegas, NV 89128
Tel: (702) 789-7529 | Fax: (702) 909-7865
E-mail: gregg@aswtlawyers.com

SAVIN & BURSK
Adam J. Savin, Esq. (*Pro Hac Vice Pending*)
California Bar No. 274899
E-mail: ajsavin@savinbursklaw.com
17337 Ventura Blvd., Suite 200
Encino, California 91316
Tel: (818) 368-8646 | Fax: (818) 960-0011
*Attorneys for Plaintiff Sean McManmon and Estate of Suzanne D. McManmon*

FILED ___  ENTERED ___  RECEIVED ___  SERVED ON COUNSEL/PARTIES OF RECORD

MAR 2 1 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN MCMANMON, Individually; SEAN MCMANMON, as Administrator of the Estate of SUZANNE D. MCMANMON, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>G.D. EASTLICK, INC., a Montana corporation; EDWARD CHARLES JOBE, an individual; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-00056-RCJ-VPC<br><br>ORDER |

## FIRST MOTION FOR EXTENSION OF TIME TO COMPLY WITH LOCAL RULE IA 11-2, FOR COUNSEL ADAM J. SAVIN, ESQ.

COMES NOW, Plaintiff SEAN MCMANMON, both individually and as husband and Administrator of the Estate of SUZANNE D. MCMANMON, deceased, by and through his attorneys of record, Gregg A. Hubley, Esq. of Arias Sanguinetti Wang & Torrijos and hereby submits his *First Motion for Extension of Time to Comply with Local Rule IA 11-2, for Counsel, Adam J. Savin, Esq.* This motion is supported by the accompanying memorandum of points and authorities, the pleadings and papers

15314-0001/258668

already on file, and any other arguments presented to this Court at or before the hearing on the motion, if any.

Dated this 16th day of March, 2018.

ARIAS SANGUINETTI WANG & TORRIJOS, LLP

By: _____
GREGG A. HUBLEY, ESQ.
Nevada Bar No. 7386
7030 Smoke Ranch Road, Suite B
Las Vegas, Nevada 89128

-and-

SAVIN & BURSK
Adam J. Savin, Esq. (Pro Hac Vice Pending)
California Bar No. 274899
E-mail: ajsavin@savinbursklaw.com
17337 Ventura Blvd., Suite 200
Encino, California 91316

*Attorneys for Plaintiff Sean McManmon and Estate of Suzanne D. McManmon*

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule IA 6-1, this is Plaintiff's first request for a two-week extension of time in order for applicant, Adam J. Savin, Esq., to comply with Local Rule IA 11-2. The deadline to comply with Local Rule IA 11-2, is currently March 18, 2018 per ECF DOC. 3.

The deadline to comply with Local Rule IA 11-2, was inadvertently miscalendared and was just recently brought to Mr. Savin's attention. Adam J. Savin, has requested his Certificates of Good Standing from the California State Bar. However, he does not believe that he will receive the Certificate in time to meet the March 18, 2018, deadline. Therefore, Plaintiff respectfully requests a two-week extension to comply with the Local Rule and file his Verified Petition for Pro Hac Vice admission.

///
///
///

1534-0001/258668

## CONCLUSION

Based on the foregoing, Plaintiff respectfully requests this Court grant his *First Motion for Extension of Time to Comply with Local Rule IA 11-2, for Counsel, Adam J. Savin, Esq.*, and allow the Plaintiff and Mr. Savin an additional two (2) week period within which to comply with Local Rule IA 11-2.

ARIAS SANGUINETTI WANG & TORRIJOS, LLP

By: _____
GREGG A. HUBLEY, ESQ.
Nevada Bar No. 7386
7030 Smoke Ranch Road, Suite B
Las Vegas, Nevada 89128

-and-

**SAVIN & BURSK**
Adam J. Savin, Esq. (Pro Hac Vice Pending)
California Bar No. 274899
E-mail: ajsavin@savinbursklaw.com
17337 Ventura Blvd., Suite 200
Encino, California 91316

*Attorneys for Plaintiff Sean McManmon and Estate of Suzanne D. McManmon*

## ORDER

IT IS SO ORDERED:

DATED: March 21, 2018

_____
UNITED STATES MAGISTRATE JUDGE

1534-0001/258668

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am employed in the County of Clark, State of Nevada, am over the age of 18 years and not a party to this action. My business address is that of Arias Sanguinetti Wang & Torrijos, LLP, 7030 Smoke Ranch Road, Ste. B, Las Vegas, Nevada 89128.

I HEREBY CERTIFY that on this day, I electronically filed the **FIRST MOTION FOR EXTENSION OF TIME TO COMPLY WITH LOCAL RULE IA 11-2, FOR COUNSEL ADAM J. SAVIN, ESQ.** with the Clerk of Court using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to all parties and counsel identified on the Court generated Electronic Filing.

I certify under penalty of perjury that the foregoing is true and correct and that this Certificate of Service was executed by me on the 16 day of March, 2018 at Las Vegas, Nevada.

*Dana K. Taylor*
An Employee of Arias Sanguinetti Wang & Torrijos, LLP