UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEAN MCMANMON, individually;<br>SEAN MCMANMON, as Administrator of the Estate of SUZANNE D. MCMANMON, Deceased,<br><br>　　　　　　Plaintiff,<br>v.<br><br>G.D. EASTLICK, INC., a Montana corporation, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 3:18-CV-00056-RCJ-CBC |
| CYNTHIA CAMILLERI, Individually,<br><br>　　　　　　Plaintiff,<br>v.<br><br>G.D. EASTLICK, INC., a Montana Corporation, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 3:18-CV-00322-HDM-WGC |
| VICTOR GIBSON, *et al.*,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>EDWARD CHARLES JOBE, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 2:18-CV-01790-JAD-WGC<br><br>**REASSIGNMENT ORDER** |

Before the court is defendants' Notice of Related Cases and Motion to

Consolidate (ECF No. 23 in Case No. 3:18-CV-00056-RCJ-CBC; ECF No. 8 in Case

No. 3:18-CV-00322-HDM-WGC and ECF No. 7 in Case No. 2:18-CV-01790-JAD-VCF).

The presiding District Judges in these three actions have determined that these actions are related and there is good cause to reassign them to one District Judge and one Magistrate Judge. Reassignment of the three cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned district judge and magistrate judge in the first filed case.

Good cause appearing, IT IS HEREBY ORDERED that Case No. 3:18-CV-00322-HDM-WGC and 2:18-CV-01790-JAD-VCF are reassigned to District Judge Robert C. Jones and Magistrate Judge Carla Baldwin Carry, and all future pleadings must bear Case No. 3:18-CV-00056-RCJ-CBC.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket to reflect this reassignment.

IT IS SO ORDERED.

Dated this 30th day of October, 2018.

_____
ROBERT C. JONES

_____
HOWARD D. MCKIBBEN

_____
JENNIFER A. DORSEY

REASSIGNMENT ORDER - 2