Byron L. Ames, Esq. (#7581)
**AMES & AMES, LLP**
8275 S. Eastern Ave, Ste. 200-723
Las Vegas, Nevada 89123
Telephone: (702) 800-5413
Facsimile: (702) 800-5427
bames@amesfirm.com
*Attorney for G.D. Eastlick, Inc.,
and Edward Charles Jobe*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN MCMANMON, et al<br><br>Plaintiff,<br><br>v.<br><br>G.D. EASTLICK, INC., a Montana corporation; et al<br><br>Defendant. | Case No. 3:18-cv-00056-RCJ-CBC |

### STIPULATED MOTION TO STAY CASE

The parties, by and through their undersigned attorneys, move this to stay all proceedings in this action pending the conclusion of mediation among the parties scheduled for July 19, 2019.

### MEMORANDUM OF POINTS AND AUTHORITIES

The parties have agreed to pursue mediation, which is currently set for July 19, 2019, with Advanced Resolution Management, in the hope of fully and finally resolving the instant litigation. The parties have further agreed to bring the instant Motion seeking to stay the proceedings until after the scheduled mediation is concluded. The tolling of the remaining dates and deadlines in these proceedings will allow the parties an opportunity to attempt to

settle this litigation without incurring any more fees and costs than absolutely necessary; thereby conserving resources for all concerned, including the Court, as much as possible.

The Court has the inherent authority to stay proceedings before it. *Mangani v. Merck & Co.*, No. 2:06-cv-00914, 2006 WL 2707459, at *1 (D. Nev.) (*citing Rohan ex rel. Gates v. Woodford*, 334 F.3d 803, 817 (9th Cir. 2003)). In using its discretion the Court may consider "any potential prejudice to the non-moving party, hardship or inequity to the moving party if the proceedings are not stayed, and the interests of judicial economy and efficiency." Id

Plaintiffs and Defendants in this action request a stay of the proceedings by this joint Motion; therefore, no prejudice would result to any party if the stay is granted. Denying the stay, however, will cause hardship to the parties because absent a stay they face imminent deadlines for pretrial and other case management activities.

A stay of these proceedings pending the conclusion of the mediation among the parties set for July 19, 2019, promotes the interests of judicial economy and efficiency. If the stay requested by the Plaintiffs and the Defendants is denied, this Court risks "needlessly expending its energies" to further manage the case when the case may well settle as a result of the parties' own accord at the upcoming mediation. *Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997). Further, a stay of the proceedings at this juncture in the case preserves the status quo and minimizes the expense of the parties' resources and those of the Court until such mediation can be concluded. *Mediterranean Enterprises, Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983) (temporary stay of proceedings applicable to preserve judicial efficiency and fairness).

## CONCLUSION

WHEREFORE, for the foregoing reasons, the parties in the above-captioned case respectfully request that the Court enter an order directing that (1) this action is stayed pending the conclusion of the mediation among the parties currently set for July 19, 2019, and (2) the

///

///

parties shall notify the Court of the outcome of the mediation within 10 days of the conclusion of the mediation.

Dated this 26th day of April, 2019.

AMES & AMES, LLP.

/s/ Byron L. Ames
BYRON L. AMES, ESQ.
*Attorneys for Edward Charles Jobe and G.D. Eastlick, Inc.*

Approved as to form and content by:

/s/ Tomas Brandi
*(Signed with permission)*
Thomas Brandi
The Brandi Law Firm
354n Pine Street, Third Floor
San Francisco, CA 94101
bjm@brandilaw.com
*Attorneys for Cynthia Camilleri*

/s/ Benjamin Miller
*(Signed with permission)*
Benjamin J. Miller
Simon Law
810 South Casion Center Blvd.
Las Vegas, VB 89101
lawyers@simonlawlv.com
ben@simonlawlv.com
*Attorneys for Victor & Meskerem Gibson*

/s/ Gregg Hubley
*(Signed with permission)*
Gregg A. Hubley
Arias Sanguinetti Wang & Torrijos, LLP
7201 W. Lake Mead Blvd, Ste. 570
Las Vegas, NV 89128
gregg@aswtlawyers.com
*Attorneys for Sean McManmon and the Estate of Suzanne McManmon*

/s/ Adam Savin
*(Signed with permission)*
Adam J. Savin
Savin & Bursk
17337 Ventura BLvd., Ste 200
Encino, CA 91316
ajsavin@savinbursklaw.com
*Attorneys for Sean McManmon and the Estate of Suzanne McManmon*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 5/20/2019

/s/ Byron L. Ames
Byron L Ames, Esq.
AMES & AMES, LLP
8275 S. Eastern Ave, Ste. 200-723
Las Vegas, Nevada 89123
bames@amesfirm.com
*Attorneys for G.D. Eastlick, Inc., and Edward Charles Jobe*

## ORDER

IT IS SO ORDERED. The above-captioned matter is stayed. The parties are ordered to file a status report on or before July 29, 2019.

Dated this ____ day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE