Byron L. Ames, Esq. (#7581)
**AMES & AMES, LLP**
8275 S. Eastern Ave, Ste. 200-723
Las Vegas, Nevada 89123
Telephone: (702) 800-5413
Facsimile: (702) 800-5427
bames@amesfirm.com
*Attorneys for G.D. Eastlick, Inc.,
and Edward Charles Jobe*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SEAN MCMANMON, Individually;
ESEAN MCMANMON, as Administrator of the Estate of SUZANNE D. MCMANNON, Deceased,

Plaintiff,

v.

G.D. EASTLICK, INC., a Montana corporation; EDWARD CHARLES JOBE, an individual; DOES I-X and ROE CORPORATIONS I-X, inclusive.

Defendant.

___

CYNTHIA CAMILLERI, Individually

Plaintiff,

v.

G.D. EASTLICK, INC., a Montana corporation; EDWARD CHARLES JOBE, an individual; DOES I-X and ROE CORPORATIONS I-X, inclusive.

Defendant.

Case No.: 3:18-cv-00056

**SECOND STATUS REPORT REGARDING MEDIATION**

VICTOR GIBSON; MESKEREM GIBSON,

        Plaintiffs,

v.

EDWARD CHARLES JOBE; G.D. EASTLICK, INC.; DOES I-V and ROE CORPORATIONS VI-X, inclusive.
        Defendants.

## Second Status Report

Defendants, through their attorney Byron L. Ames, provide this second status report following the mediation which occurred on July 19, 2019. All parties to this action and related unconsolidated state court actions have agreed to the terms of a settlement. The settlement has recently been approved by one non-party, the Insurance Corporation of British Columbia (ICBC), which is the UIM insurer for the Gibson plaintiffs. The parties request an additional 30 days to draft and execute settlement documents and submit an order to dismiss this case.

Dated this 28th day of August, 2019.

                              AMES & AMES, LLP

                              /s/ Byron L. Ames
                              Byron L Ames, Esq.
                              *Attorneys for for G.D. Eastlick, Inc., and Edward Charles Jobe*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 8/29/2019

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of AMES & AMES, LLP, and that on the 28th day of August, 2019, I caused to be served a true and correct copy of the foregoing **SECOND STATUS REPORT REGARDING MEDIATION** in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electric Filing automatically generated by that Court's facilities.

| | |
|---|---|
| Brian J. Malloy<br>The Brandi Law Firm<br>354n Pine Street, Third Floor<br>San Francisco, CA 94101<br>bjm@brandilaw.com<br>*Attorneys for Cynthia Camilleri* | Daniel S. Simon<br>Benjamin J. Miller<br>Simon Law<br>810 South Casion Center Blvd.<br>Las Vegas, VB 89101<br>*Attorneys for Victor & Meskerem Gibson* |
| Gregg A.Hubley<br>Arias Sanguinetti Wang & Torrijos, LLP<br>7201 W. Lake Mead Blvd., Ste 570<br>Las Vegas, NV 89128<br>gregg@aswtlawyers.com<br>*Attorneys for Sean McManmon and the Estate of Suzanne McManmon* | Adam J. Savin<br>Savin & Bursk<br>15915 Ventura BLvd., Ste 201<br>Encino, CA 91436<br>ajsavin@savinbursklaw.com<br>*Attorneys for Sean McManmon and the Estate of Suzanne McManmon* |
| Mike Arias<br>Arias Sanguinetti Wang & Thorrijos, LLP<br>6701 Center Dr. West, 14th Floor<br>Los Angeles, CA 90045<br>mike@aswtlawyers.com<br>*Attorneys for Sean McManmon and the Estate of Suzanne McManmon* | |

/s/ Tyler Olson
An Employee of AMES & AMES, LLP