Byron L. Ames, Esq. (#7581)
**AMES & AMES, LLP**
8275 S. Eastern Ave, Ste. 200-723
Las Vegas, Nevada 89123
Telephone: (702) 800-5413
Facsimile: (702) 800-5427
bames@amesfirm.com
*Attorneys for G.D. Eastlick, Inc.,
and Edward Charles Jobe*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SEAN MCMANMON, individually; ESEAN MCMANMON, as Administrator of the Estate of SUZANNE D. MCMANNON, Deceased,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>G.D. EASTLICK, INC., a Montana corporation; EDWARD CHARLES JOBE, an individual; DOES I-X and ROE CORPORATIONS I-X, inclusive.<br><br>　　　　　Defendant.<br>_____<br><br>CYNTHIA CAMILLERI, Individually<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>G.D. EASTLICK, INC., a Montana corporation; EDWARD CHARLES JOBE, an individual; DOES I-X and ROE CORPORATIONS I-X, inclusive.<br><br>　　　　　Defendant. | Case No. 3:18-cv-00056-RCJ-CBC |

VICTOR GIBSON; MESKEREM GIBSON,

              Plaintiffs,

      v.

EDWARD CHARLES JOBE; G.D. EASTLICK, INC.; DOES I-V and ROE CORPORATIONS VI-X, inclusive.
              Defendants.

## **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between defendants G.D. EASTLICK, INC., and EDWARD CHARLES JOBE, through their counsel, Byron L. Ames, Esq., of the law firm of Ames & Ames, LLP and Plaintiff SEAN MCMANMON individually and as administrator of the Estate of SUZANNE D. MCMANMON, through their counsel Gregg A. Hubley of the law firm of Arias Sanguinetti Wang & Torrijos, LLP; Plaintiffs VICTOR and MESKEREM GIBSON, through their attorney Daniel S. Simon of the law firm Simon Law; and Plaintiff CYNTHIA CAMILLERI, through her attorney Brian J. Malloy of the Brandi Law Firm, as follows:

IT IS HEREBY STIPULATED, ADJUDGED AND DECREED that the parties have negotiated an out-of-court settlement regarding the claims of the Plaintiffs, in all capacities as listed in the caption of this matter.

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED, ADJUDGED AND DECREED that the parties acknowledge and agree that the claims made by the Plaintiffs in this case be hereby dismissed with prejudice.

Dated this 4th day of February, 2020.

By: <u>Brian J. Malloy</u>
(*Signed with permission*)
Brian J. Malloy
The Brandi Law Firm
354n Pine Street, Third Floor
San Francisco, CA 94101
*Attorneys for Plaintiff Cynthia Camilleri*

By: <u>Benjamin J. Miller</u>
Daniel S. Simon
Benjamin J. Miller
Simon Law
810 South Casion Center Blvd.
Las Vegas, VB 89101
*Attorney for Plaintiffs Victor and Meskeren Gibson*

By: <u>Adam J. Savin</u>
(*Signed with permission*)
Adam J. Savin
Savin & Bursk
17337 Ventura BLvd., Ste 200
Encino, CA 91316
*Attorneys for Sean McManmon and the Estate of Suzanne McManmon*

By: <u>Byron L. Ames</u>
Byron L. Ames, Esq.
Ames & Ames, LLP
8275 S. Eastern Ave.
Las Vegas, NV 89123
*Attorney for G.D. Eastlick, Inc., and Edward Charles Jobe*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

Pursuant to the foregoing Stipulation and good cause showing therefore:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the claims of all parties, in all capacities as listed in the caption of this matter, in this action be, and the same hereby are dismissed with prejudice.

DATED this _____ day of _____, 2020.

_____
JUDGE ROBERT C. JONES

Submitted by:
AMES & AMES, LLP


/s/ Byron L. Ames
BYRON L. AMES, ESQ.
Nevada Bar No. 7581
8275 S. Eastern Ave.
Ste. 200-723
Las Vegas, NV 89123
*Attorneys for G.D. Eastlick, Inc.,
and Edward Charles Jobe*