# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN MCMANMON, individually; ESEAN MCMANMON, as Administrator of the Estate of SUZANNE D. MCMANNON, Deceased, | |
| Plaintiff, | Case No. 3:18-cv-00056-RCJ-CBC |
| v. | |
| G.D. EASTLICK, INC., a Montana corporation; EDWARD CHARLES JOBE, an individual; DOES I-X and ROE CORPORATIONS I-X, inclusive. | |
| Defendant. | |

---

CYNTHIA CAMILLERI, Individually

      Plaintiff,

      v.

G.D. EASTLICK, INC., a Montana corporation; EDWARD CHARLES JOBE, an individual; DOES I-X and ROE CORPORATIONS I-X, inclusive.

      Defendant.

|  |
|---|
| VICTOR GIBSON; MESKEREM GIBSON, |
| Plaintiffs, |
| v. |
| EDWARD CHARLES JOBE; G.D. EASTLICK, INC.; DOES I-V and ROE CORPORATIONS VI-X, inclusive. Defendants. |

## ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between defendants G.D. EASTLICK, INC., and EDWARD CHARLES JOBE, through their counsel, Byron L. Ames, Esq., of the law firm of Ames & Ames, LLP and Plaintiff SEAN MCMANMON individually and as administrator of the Estate of SUZANNE D. MCMANMON, through their counsel Gregg A. Hubley of the law firm of Arias Sanguinetti Wang & Torrijos, LLP; Plaintiffs VICTOR and MESKEREM GIBSON, through their attorney Daniel S. Simon of the law firm Simon Law; and Plaintiff CYNTHIA CAMILLERI, through her attorney Brian J. Malloy of the Brandi Law Firm, as follows:

IT IS HEREBY STIPULATED, ADJUDGED AND DECREED that the parties have negotiated an out-of-court settlement regarding the claims of the Plaintiffs, in all capacities as listed in the caption of this matter.

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED, ADJUDGED AND DECREED that the parties acknowledge and agree that the claims made by the Plaintiffs in this case be hereby dismissed with prejudice.

Dated this 4th day of February, 2020.

| By: <u>Brian J. Malloy</u> | By: <u>Benjamin J. Miller</u> |
|---|---|
| (*Signed with permission*) | Daniel S. Simon |
| Brian J. Malloy | Benjamin J. Miller |
| The Brandi Law Firm | Simon Law |
| 354n Pine Street, Third Floor | 810 South Casion Center Blvd. |
| San Francisco, CA 94101 | Las Vegas, VB 89101 |
| *Attorneys for Plaintiff Cynthia Camilleri* | *Attorney for Plaintiffs Victor and Meskeren Gibson* |

| By: <u>Adam J. Savin</u> | By: <u>Byron L. Ames</u> |
|---|---|
| (*Signed with permission*) | Byron L. Ames, Esq. |
| Adam J. Savin | Ames & Ames, LLP |
| Savin & Bursk | 8275 S. Eastern Ave. |
| 17337 Ventura BLvd., Ste 200 | Las Vegas, NV 89123 |
| Encino, CA 91316 | *Attorney for G.D. Eastlick, Inc.,* |
| *Attorneys for Sean McManmon and the Estate of Suzanne McManmon* | *and Edward Charles Jobe* |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## ORDER

Pursuant to the foregoing Stipulation and good cause showing therefore:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the claims of all parties, in all capacities as listed in the caption of this matter, in this action be, and the same hereby are dismissed with prejudice.

DATED this 6th day of February, 2020.

_____
JUDGE ROBERT C. JONES